# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10862-TPA |
| | : | |
| Richard D Kardos, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

June 23, 2017

June 30, 2017

July 7, 2017

July 14, 2017

July 21, 2017

July 28, 2017

August 4, 2017

August 11, 2017

**Next Payment Advice Expected (post-filing):**

August 18, 2017

C.B.                                                                KARDOS, RICHARD D

```
                          THE WARREN COMPANY
                         2201 LOVELAND AVENUE
                            ERIE, PA 16506
                            (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684      WEEK END 2017/06/18
WITHHOLDING EXEMPTIONS  0 S      HR. RATE   20.20           CHECK# 75441

*************COMPONSATION**************   ***********TAX DEDUCTIONS***********
           HOURS  PAY AMOUNT                             CURRENT  YEAR TO DATE
REGULAR    40.00     808.00               FEDERAL         114.27      2,718.24
OVERTIME                                  FICA             45.41      1,079.82
PERSONAL                                  STATE            22.49        534.80
HOLIDAY                                   LOCAL             7.32        174.07
VACATION                                  MEDICARE         10.62        252.54
FNRL/JURY                                 UNEMP              .57         13.56
DISABILITY                  Y-T-D GROSS   LOCAL SERV TAX   1.00         24.00
TOTAL              808.00     19,230.40   TOTAL           201.68      4,797.03

************PRE-FED DEDUCTIONS***********   ********ADDITIONAL DEDUCTIONS*******
            CURRENT  YEAR TO DATE                         CURRENT  YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS***********
            CURRENT  YEAR TO DATE
BAI DENTAL     6.30       151.20
MEDICAL INS.  69.23     1,661.52



TOTAL         75.53     1,812.72          TOTAL              .00           .00

***********TOTAL SUMMARY INFO.***********  ***********MISC. BALANCES***********
            CURRENT  YEAR TO DATE         VACATION  29.00 HOURS
GROSS         808.00     19,230.40        PERSONAL    .00 HOURS
PRE-FED          .00           .00
PRE-TAX        75.53      1,812.72
FED. GROSS    732.47     17,417.68
TAX DEDUCT.   201.68      4,797.03
AFTER TAX NET 530.79     12,620.65
ADD. DEDUCT.     .00           .00
EIC              .00           .00

NET           530.79     12,620.65
            =========   ===========


              RICHARD D KARDOS
              817 MCCONNELL AVENUE
              ERIE, PA 16505
```

```
                        THE WARREN COMPANY
                        2201 LOVELAND AVENUE
                           ERIE, PA 16506
                           (814) 838-8681

EMPLOYEE# 369                     SOC.SEC.# ***-**-0684      WEEK END 2017/06/25
WITHHOLDING EXEMPTIONS  0 S       HR. RATE  20.20            CHECK# 75491

**************COMPENSATION***************      ***********TAX DEDUCTIONS***********
             HOURS   PAY AMOUNT                                    CURRENT  YEAR TO DATE
REGULAR      37.00     747.40                   FEDERAL             111.24      2,829.48
OVERTIME                                        FICA                 44.16      1,123.98
PERSONAL                                        STATE                21.87        556.67
HOLIDAY                                         LOCAL                 7.12        181.19
VACATION      2.00      40.40                   MEDICARE             10.33        262.87
FNRL/JURY                                       UNEMP                  .55         14.11
DISABILITY                      Y-T-D GROSS     LOCAL SERV TAX       1.00         25.00
TOTAL                  787.80   20,018.20       TOTAL               196.27      4,993.30

************PRE-FED DEDUCTIONS************      ********ADDITIONAL DEDUCTIONS*******
                     CURRENT   YEAR TO DATE                        CURRENT  YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                     CURRENT   YEAR TO DATE
BAI DENTAL              6.30         157.50
MEDICAL INS.           69.23       1,730.75


TOTAL                  75.53       1,888.25     TOTAL                  .00           .00

************TOTAL SUMMARY INFO.************     ***********MISC. BALANCES***********
                     CURRENT   YEAR TO DATE     VACATION  27.00 HOURS
GROSS                 787.80      20,018.20     PERSONAL    .00 HOURS
PRE-FED                  .00            .00
PRE-TAX                75.53       1,888.25
FED. GROSS            712.27      18,129.95
TAX DEDUCT.           196.27       4,993.30
AFTER TAX NET         516.00      13,136.65
ADD. DEDUCT.             .00            .00
EIC                      .00            .00

NET                   516.00      13,136.65
                    =========    ===========



                    RICHARD D KARDOS
                    817 MCCONNELL AVENUE
                    ERIE, PA 16505
```

```
                          THE WARREN COMPANY
                          2201 LOVELAND AVENUE
                             ERIE, PA 16506
                             (814) 838-8681

EMPLOYEE# 369                        SOC.SEC.# ***-**-0684       WEEK END 2017/07/02
WITHHOLDING EXEMPTIONS   0 S         HR. RATE  20.20             CHECK# 75541

**************COMPENSATION**************       ***********TAX DEDUCTIONS***********
            HOURS   PAY AMOUNT                                   CURRENT    YEAR TO DATE
REGULAR     38.00      767.60                  FEDERAL            108.21        2,937.69
OVERTIME                                       FICA                42.91        1,166.89
PERSONAL                                       STATE               21.25          577.92
HOLIDAY                                        LOCAL                6.92          188.11
VACATION                                       MEDICARE            10.04          272.91
FNRL/JURY                                      UNEMP                 .54           14.65
DISABILITY                      Y-T-D GROSS    LOCAL SERV TAX       1.00           26.00
TOTAL                767.60       20,785.80    TOTAL              190.87        5,184.17

************PRE-FED DEDUCTIONS************     ********ADDITIONAL DEDUCTIONS*******
                   CURRENT   YEAR TO DATE                        CURRENT    YEAR TO DATE
401K


************PRE-TAX DEDUCTIONS************
                   CURRENT   YEAR TO DATE
BAI DENTAL            6.30         163.80
MEDICAL INS.         69.23       1,799.98




TOTAL                75.53       1,963.78      TOTAL                 .00             .00

************TOTAL SUMMARY INFO.************    ***********MISC. BALANCES***********
                   CURRENT   YEAR TO DATE      VACATION   27.00 HOURS
GROSS               767.60      20,785.80      PERSONAL     .00 HOURS
PRE-FED                .00            .00
PRE-TAX              75.53       1,963.78
FED. GROSS          692.07      18,822.02
TAX DEDUCT.         190.87       5,184.17
AFTER TAX NET       501.20      13,637.85
ADD. DEDUCT.           .00            .00
EIC                    .00            .00

NET                 501.20      13,637.85
                  =========   ============




         RICHARD D KARDOS
         817 MCCONNELL AVENUE
         ERIE, PA 16505
```

```
                        THE WARREN COMPANY
                        2201 LOVELAND AVENUE
                          ERIE, PA 16506
                          (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684      WEEK END 2017/07/09
WITHHOLDING EXEMPTIONS   0 S     HR. RATE  20.20            CHECK# 75593

***************COMPENSATION***************        ***********TAX DEDUCTIONS***********
            HOURS   PAY AMOUNT                                   CURRENT   YEAR TO DATE
REGULAR     22.50      454.50                     FEDERAL         109.73       3,047.42
OVERTIME                                          FICA             43.53       1,210.42
PERSONAL                                          STATE            21.56         599.48
HOLIDAY      8.00      161.60                     LOCAL             7.02         195.13
VACATION     8.00      161.60                     MEDICARE         10.18         283.09
FNRL/JURY                                         UNEMP              .54          15.19
DISABILITY                       Y-T-D GROSS      LOCAL SERV TAX   1.00          27.00
TOTAL                  777.70      21,563.50      TOTAL           193.56       5,377.73

************PRE-FED DEDUCTIONS************        ********ADDITIONAL DEDUCTIONS*******
                    CURRENT  YEAR TO DATE                        CURRENT  YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                    CURRENT  YEAR TO DATE
BAI DENTAL             6.30        170.10
MEDICAL INS.          69.23      1,869.21



TOTAL                 75.53      2,039.31         TOTAL              .00            .00

************TOTAL SUMMARY INFO.************       ***********MISC. BALANCES***********
                    CURRENT  YEAR TO DATE         VACATION  19.00 HOURS
GROSS                777.70     21,563.50         PERSONAL    .00 HOURS
PRE-FED                 .00           .00
PRE-TAX               75.53      2,039.31
FED. GROSS           702.17     19,524.19
TAX DEDUCT.          193.56      5,377.73
AFTER TAX NET        508.61     14,146.46
ADD. DEDUCT.            .00           .00
EIC                     .00           .00

NET                  508.61     14,146.46
                    ========   ============


           RICHARD D KARDOS
           817 MCCONNELL AVENUE
           ERIE, PA 16505
```

```
                         THE WARREN COMPANY
                         2201 LOVELAND AVENUE
                            ERIE, PA 16506
                            (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684      WEEK END 2017/07/16
WITHHOLDING EXEMPTIONS  0 S      HR. RATE   20.20           CHECK# 75646

***************COMPENSATION***************    ***********TAX DEDUCTIONS***********
             HOURS  PAY AMOUNT                                CURRENT  YEAR TO DATE
REGULAR      39.00     787.80                  FEDERAL         111.24      3,158.66
OVERTIME                                       FICA             44.16      1,254.58
PERSONAL                                       STATE            21.87        621.35
HOLIDAY                                        LOCAL             7.12        202.25
VACATION                                       MEDICARE         10.33        293.42
FNRL/JURY                                      UNEMP              .55         15.74
DISABILITY                      Y-T-D GROSS    LOCAL SERV TAX   1.00         28.00
TOTAL                  787.80    22,351.30     TOTAL           196.27      5,574.00

************PRE-FED DEDUCTIONS************    ********ADDITIONAL DEDUCTIONS*******
                    CURRENT  YEAR TO DATE                     CURRENT  YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                    CURRENT  YEAR TO DATE
BAI DENTAL             6.30       176.40
MEDICAL INS.          69.23     1,938.44



TOTAL                 75.53     2,114.84      TOTAL               .00           .00

************TOTAL SUMMARY INFO.***********    ***********MISC. BALANCES***********
                    CURRENT  YEAR TO DATE     VACATION   19.00 HOURS
GROSS                787.80    22,351.30      PERSONAL     .00 HOURS
PRE-FED                 .00          .00
PRE-TAX               75.53     2,114.84
FED. GROSS           712.27    20,236.46
TAX DEDUCT.          196.27     5,574.00
AFTER TAX NET        516.00    14,662.46
ADD. DEDUCT.            .00          .00
EIC                     .00          .00

NET                  516.00    14,662.46
                   =========   ==========



             RICHARD D KARDOS
             817 MCCONNELL AVENUE
             ERIE, PA 16505
```

```
                         THE WARREN COMPANY
                        2201 LOVELAND AVENUE
                           ERIE, PA 16506
                          (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684      WEEK END 2017/07/23
WITHHOLDING EXEMPTIONS   0 S     HR. RATE   20.20           CHECK# 75699

*************COMPENSATION***************      ***********TAX DEDUCTIONS***********
            HOURS   PAY AMOUNT                                    CURRENT   YEAR TO DATE
REGULAR     37.00      747.40                  FEDERAL             111.24       3,269.90
OVERTIME                                       FICA                 44.16       1,298.74
PERSONAL                                       STATE                21.87         643.22
HOLIDAY                                        LOCAL                 7.12         209.37
VACATION     2.00       40.40                  MEDICARE             10.33         303.75
FNRL/JURY                                      UNEMP                  .55          16.29
DISABILITY                      Y-T-D GROSS    LOCAL SERV TAX       1.00          29.00
TOTAL                  787.80     23,139.10    TOTAL               196.27       5,770.27

************PRE-FED DEDUCTIONS************    ********ADDITIONAL DEDUCTIONS*******
                     CURRENT  YEAR TO DATE                        CURRENT  YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                     CURRENT  YEAR TO DATE
BAI DENTAL              6.30        182.70
MEDICAL INS.           69.23      2,007.67



TOTAL                  75.53      2,190.37     TOTAL                 .00            .00

************TOTAL SUMMARY INFO.*************   ***********MISC. BALANCES***********
                     CURRENT  YEAR TO DATE     VACATION   17.00 HOURS
GROSS                 787.80     23,139.10     PERSONAL     .00 HOURS
PRE-FED                  .00           .00
PRE-TAX                75.53      2,190.37
FED. GROSS            712.27     20,948.73
TAX DEDUCT.           196.27      5,770.27
AFTER TAX NET         516.00     15,178.46
ADD. DEDUCT.             .00           .00
EIC                      .00           .00

NET                   516.00     15,178.46
                   =========   ============




                RICHARD D KARDOS
                817 MCCONNELL AVENUE
                ERIE, PA 16505
```

```
                        THE WARREN COMPANY
                        2201 LOVELAND AVENUE
                           ERIE, PA 16506
                           (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684       WEEK END 2017/07/30
WITHHOLDING EXEMPTIONS  0 S      HR. RATE   20.20            CHECK# 75754

***************COMPENSATION***************     ***********TAX DEDUCTIONS***********
         HOURS   PAY AMOUNT                                   CURRENT   YEAR TO DATE
REGULAR  39.00     787.80                        FEDERAL       111.24       3,381.14
OVERTIME                                         FICA           44.16       1,342.90
PERSONAL                                         STATE          21.87         665.09
HOLIDAY                                          LOCAL           7.12         216.49
VACATION                                         MEDICARE       10.33         314.08
FNRL/JURY                                        UNEMP            .55          16.84
DISABILITY                       Y-T-D GROSS     LOCAL SERV TAX  1.00          30.00
TOTAL              787.80        23,926.90       TOTAL         196.27       5,966.54

************PRE-FED DEDUCTIONS************     ********ADDITIONAL DEDUCTIONS********
                 CURRENT   YEAR TO DATE                       CURRENT   YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                 CURRENT   YEAR TO DATE
BAI DENTAL          6.30        189.00
MEDICAL INS.       69.23      2,076.90



TOTAL              75.53      2,265.90          TOTAL              .00            .00

***********TOTAL SUMMARY INFO.************     ***********MISC. BALANCES***********
                 CURRENT   YEAR TO DATE         VACATION   17.00 HOURS
GROSS             787.80     23,926.90          PERSONAL     .00 HOURS
PRE-FED              .00           .00
PRE-TAX            75.53      2,265.90
FED. GROSS        712.27     21,661.00
TAX DEDUCT.       196.27      5,966.54
AFTER TAX NET     516.00     15,694.46
ADD. DEDUCT.         .00           .00
EIC                  .00           .00

NET               516.00     15,694.46
                =========  ============


              RICHARD D KARDOS
              817 MCCONNELL AVENUE
              ERIE, PA 16505
```

```
                    THE WARREN COMPANY
                    2201 LOVELAND AVENUE
                       ERIE, PA 16506
                       (814) 838-8681

EMPLOYEE# 369                    SOC.SEC.# ***-**-0684       WEEK END 2017/08/06
WITHHOLDING EXEMPTIONS   0 S     HR. RATE   20.20            CHECK# 75808

**************COMPENSATION***************   ***********TAX DEDUCTIONS***********
            HOURS   PAY AMOUNT                                 CURRENT   YEAR TO DATE
REGULAR     31.50      636.30                FEDERAL             88.52       3,469.66
OVERTIME                                     FICA                34.77       1,377.67
PERSONAL                                     STATE               17.22         682.31
HOLIDAY                                      LOCAL                5.61         222.10
VACATION                                     MEDICARE             8.13         322.21
FNRL/JURY                                    UNEMP                 .45          17.29
DISABILITY                    Y-T-D GROSS    LOCAL SERV TAX      1.00          31.00
TOTAL                 636.30   24,563.20     TOTAL              155.70       6,122.24

************PRE-FED DEDUCTIONS************   ********ADDITIONAL DEDUCTIONS*******
                     CURRENT  YEAR TO DATE                     CURRENT   YEAR TO DATE
401K

************PRE-TAX DEDUCTIONS************
                     CURRENT  YEAR TO DATE
BAI DENTAL              6.30        195.30
MEDICAL INS.           69.23      2,146.13


TOTAL                  75.53      2,341.43   TOTAL                 .00            .00

************TOTAL SUMMARY INFO.************  ***********MISC. BALANCES***********
                     CURRENT  YEAR TO DATE   VACATION   17.00 HOURS
GROSS                 636.30     24,563.20   PERSONAL     .00 HOURS
PRE-FED                  .00           .00
PRE-TAX                75.53      2,341.43
FED. GROSS            560.77     22,221.77
TAX DEDUCT.           155.70      6,122.24
AFTER TAX NET         405.07     16,099.53
ADD. DEDUCT.             .00           .00
EIC                      .00           .00

NET                   405.07     16,099.53
                   =========    ===========




             RICHARD D KARDOS
             817 MCCONNELL AVENUE
             ERIE, PA 16505
```

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10862-TPA |
| | : | |
| **Richard D Kardos**, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| **Richard D Kardos**, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Richard D Kardos**, hereby state as follows:

1.) I am employed for The Warren Co., where I bring home an average of $2,171.90 per month.
2.) I live with my wife who brings home an average of $3,018.89 per month.
3.) I was required to file 2015 - 2016 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 13, 2017           /s/ Richard D Kardos
                                   Debtor