Case 17-10862-TPA    Doc 25    Filed 11/17/17    Entered 11/17/17 16:10:34    Desc Main
Document    Page 1 of 1

FILED
11/17/17 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kardos_____ TPA

Case Number: __17-10862__

Date of Meeting: __11__ / __7__ / __17__

Debtor(s) present __✓__ or Not Present ___ ( __ No Payments Made or ___ partial payments)    Recording # __9__

Attorney for debtor(s) __Foster_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __9-13-17__    Applicable commitment period ___3 yrs __✓__ 5 yrs

The debtor(s)' plan proposes a special classification of student loan claims which favors or discriminates against creditors holding student loan claims in this case.

student Loan to be paid about 25%
Non-student Loans 100%

__✓__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD

____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
____ 341 Meeting    OR    ____ Conciliation Conf. OR __✓__ *Contested Hearing
On __11-29-17__ at __12:00__ am/pm  Location __Erie PA__

_____
Chapter 13 Trustee/Attorney for Trustee