FILED
11/30/17 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10862-TPA |
| Richard D. Kardos | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 11/29/2017 |
| | : | Time: | 12:00 |

### PROCEEDING MEMO

**MATTER:**  #13 Contested Plan dated 9/13/17

**APPEARANCES:**
  Debtor:   Daniel P. Foster
  Trustee:  Jana Pail

**NOTES:**

Pail: Disparate treatment re student loan creditor. Wages are remitting. Student loan paid as long term debt. Background of matters given. (12:26)

Foster: Loan is about $6,000 paid at $25 per month.

**OUTCOME:** Plan confirmed on an interim basis, conciliation to be scheduled

*[signature]*
**ljm**