Case 17-10862-TPA    Doc 31    Filed 02/09/18    Entered 02/09/18 09:49:08    Desc Main
                    Document    Page 1 of 1

FILED
2/9/18 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Richard D. Kardos
Case Number: 17-10862                                  Chapter: 13
Date / Time / Room: February 6, 2018 at 9:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:
#13 - Final Confirmation of Plan dated 9/13/17 (NFC)

### Appearances:

Debtor:
Trustee:    Winnecour / Bedford / Katz / (Pail) *Foster*
Creditor:

### Proceedings:

Recommended Outcome: **CONFIRMATION ORDER TO BE ENTERED**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
         Objections are due on or before _____.
         A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _100% plan. Unsecured pool $1582 exclusive of student loan. Student loan payable at $25 per month as a long term debt._