FILED
2/12/18 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD D. KARDOS | : | Case No. 17-10862 TPA |
| | : | Chapter 13 |
| *Debtor* | : | Related to Document No. 13 |
| | : | Hearing: March 7, 2018 at 12:30 P.M. |

## ORDER

AND NOW, this **12th** day of **February, 2018,** after conciliation conference held on February 6, 2018 on the Final Confirmation of the **Chapter 13 Plan** dated September 13, 2017,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on confirmation of the Chapter 13 Plan is scheduled for **March 7, 2018** at **12:30 P.M.** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

_____
Thomas P. Agresti, Judge      jlm
United States Bankruptcy Court

Case Administrator to Serve:
   Debtor
   Daniel P. Foster, Esq.
   Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard D. Kardos
       Debtor

Case No. 17-10862-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 1     Date Rcvd: Feb 12, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db           +Richard D. Kardos,  817 McConnell Avenue,  Erie, PA 16505-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
       Daniel P. Foster     on behalf of Debtor Richard D. Kardos dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
       TOTAL: 4