FILED
3/9/18 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10862-TPA |
| Richard D. Kardos | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 3/7/2018 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

**MATTER:** #13 Contested Plan dated 9/13/17 (Student loan)

**APPEARANCES:**
Debtor:   Daniel P. Foster
Trustee:  Jana Pail

**NOTES:**

Pail: Payments are current. General unsecured pool is $1699. $25 payment on student loan of $6000+

Foster:

**OUTCOME:** Plan confirmed. $619 payment increase, Claim of Ally #2 governs as to amount, paid in full at modified plan terms of $200/month. (12:20)

*[signature]*
ljm