**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10862-TPA |
| | : | |
| **Richard D Kardos,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 66 & 69 |
| **Richard D Kardos,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan on the parties listed below by First Class Pre-Paid United States mail.

Date Served: September 23, 2019

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130-0253

Erie Community Credit Union
1129 State Street
Erie, PA 16501-1911

Harley Davidson Financial
Attention: Bankruptcy
Po Box 22048
Carson City, NV 89721-2048

Richard D. Kardos
817 McConnell Avenue
Erie, PA 16505-3215

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Portfolio Recovery & Associates
Po Box 41067
Norfolk, VA 23541-1067

United States Department of Education
Claims Filing Unit
Po Box 8973
Madison, WI 53708-8973

Matthew Christian Waldt
Milstead & Associates, LLC
mwaldt@milsteadlaw.com

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001-9013

Kohls / Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Us Department Of Education
Great Lakes Higher Education
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704-3192

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Citimortgage Inc
Attn: Bankruptcy
Po Box 6423
Sioux Falls, SD 57117

HSBC Bank
Attn: Bankruptcy
PO Box 30256
Salt Lake City, UT 84130-0256

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Andrew M. Lubin
Milstead & Associates
alubin@milsteadlaw.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Synchrony Bank / Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com