Certificate Number: 03088-PAW-DE-036740326

Bankruptcy Case Number: 17-10862



03088-PAW-DE-036740326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2022, at 4:06 o'clock PM CDT, Richard D Kardos completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    August 7, 2022              By:    /s/Doug Tonne

                                     Name:  Doug Tonne

                                     Title: Counselor