Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard D. Kardos** | : | Case No. 17−10862−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 92 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/9/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of August, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 92 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before October 11, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***November 9, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-10862-TPA

Richard D. Kardos                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                               User: auto                                     Page 1 of 2

Date Rcvd: Aug 25, 2022                        Form ID: 300a                             Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard D. Kardos, 817 McConnell Avenue, Erie, PA 16505-3215 |
| 14678590 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14678592 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14678587 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14695013 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14678588 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:16 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14700483 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14678589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:43:44 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14678591 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 25 2022 23:39:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14684236 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 25 2022 23:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14923443 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:39:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14678593 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2022 23:38:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14716760 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 23:38:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14707984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14678594 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:28 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14678595 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:39 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14758407 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 25 2022 23:38:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14678596 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 300a | Total Noticed: 19 |

| | | | Aug 25 2022 23:38:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
|---|---|---|---|---|
| 14726661 | | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:52 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2022           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com bkecf@milsteadlaw.com |
| Bernadette Irace | on behalf of Creditor NATIONSTAR MORTGAGE LLC birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Richard D. Kardos dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7